# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1143

_____

Sean Wayne Null

*Plaintiff - Appellant*

v.

Anthony Garcia, Badge No. 4399, In His Official Capacity as a Kansas City, Missouri Police Department Officer, and as an Individual; Michael Wells, Badge No. 4860, In His Official Capacity as a Kansas City, Missouri Police Department Officer, and as an Individual; Edward L. Lamport, Badge No. 4845, In His Official Capacity as a Kansas City, Missouri Police Department Officer, and as an Individual; Emelyna Aurich, Director of Property Management for Block 110 Residential, LLC; Gabriel Robinson, Vice President of Operations for KC LIVE!, L.P., a Cordish Company; Block 110 Residential, LLC; The Cordish Companies, Inc.

*Defendants - Appellees*

Michael Sosa, also known as Mike; Semper Blue Professional Services, Inc.; Dustin Atkins, Badge No. 45, in His Official Capacity as a Jackson County, Missouri Sheriff's Department Officer on Assignment with the Kansas City, Missouri Police Department, and as an Individual; Jean Peters Bakers, Badge No. 45, in His Official Capacity as a Jackson County, Missouri Sheriff's Department Officer on Assignment with the Kansas City, Missouri Police Department, and as an Individual; Caitlin Brock, Badge No. 45, in His Official Capacity as a Jackson County, Missouri Sheriff's Department Officer on Assignment with the Kansas City, Missouri Police Department, and as an Individual; David Kennedy, Badge No. 45, in His Official Capacity as a Jackson County, Missouri Sheriff's Department Officer on Assignment with the Kansas City, Missouri Police Department, and as an Individual; Daniel Francis Portnoy, Badge No. 45, in His

Official Capacity as a Jackson County, Missouri Sheriff's Department Officer on Assignment with the Kansas City, Missouri Police Department, and as an Individual

*Defendant*s

—————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

—————————

Submitted: March 20, 2025
Filed: April 2, 2025
[Unpublished]

—————————

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

—————————

PER CURIAM.

Missouri resident Sean Null appeals the district court's[1] dismissal of his civil rights action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c).  After careful review of the record and the arguments properly before us, we find no basis for reversal.  *See Greenman v. Jessen*, 787 F.3d 882, 887 (8th Cir. 2015) (standard of review).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.  We also deny Null's pending motion.

——————————————————

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

-2-